510 A.2d 722

**COMMONWEALTH of Pennsylvania**

v.

**Scott Charles DAVIS, Appellant.**

Supreme Court of Pennsylvania.

Argued June 3, 1986.

Decided June 27, 1986.

John Rogers Carroll, Philadelphia, for appellant.

Muriel Anne Crabbs, Asst. Dist. Atty., H. Stanley Rebert, Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM:

Order of Superior Court affirmed.